# THE LITVAK LAW FIRM, PLLC

## IGOR B. LITVAK, ESQ.
### ATTORNEY AND COUNSELOR AT LAW
1701 AVENUE P, BROOKLYN, NY 11229 • 718-989-2908 • IGOR@LITVAKLAWNY.COM

July 8th, 2017

**VIA ECF**
Honorable Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        RE:    Juliani, et al., v. ARS National Services Inc
                 No. 1:17-cv-03050

Dear Judge Gold:

    I represent the Plaintiff in the above referenced matter and I am informing the Court that the case has settled.

    Plaintiff respectfully requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the Plaintiff can be assured that the funds clear my escrow account.

    Thank you for Your Honor's time and attention to this matter.

                                Very truly yours,

                                /s/ Igor Litvak

                                Igor Litvak, Esq.